No. D–475.   IN RE DISBARMENT OF PADELL.   It is ordered that Bert Padell, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–476.   IN RE DISBARMENT OF WHITTINGTON.   It is ordered that Ronald Paul Whittington, of Destrehan, La., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–477.   IN RE DISBARMENT OF KENNEDY.   It is ordered that John B. Kennedy, of Wilmington, Del., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99, Orig.   KOSTADINOV v. SMITH, ATTORNEY GENERAL OF THE UNITED STATES.   Motion for leave to file bill of complaint denied.

No. 82–1922.   SOUTHERN MOTOR CARRIERS RATE CONFERENCE, INC., ET AL. v. UNITED STATES.   C. A. 11th Cir.   [Certiorari granted, 467 U. S. 1240.]   Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 83–1919.   CITY OF OKLAHOMA CITY v. TUTTLE, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF TUTTLE.   C. A. 10th Cir.   [Certiorari granted, ante, p. 814.]   Motion of respondent for leave to file a supplemental brief after argument granted.

No. 83–2030.   BOARD OF EDUCATION OF OKLAHOMA CITY v. NATIONAL GAY TASK FORCE.   C. A. 10th Cir.   [Probable jurisdiction noted, ante, p. 813.]   Motion of appellee for leave to file a supplemental brief after argument granted.

No. 84–165.   GOULD v. RUEFENACHT ET AL.   C. A. 3d Cir.   [Certiorari granted, ante, p. 1016.]   Renewed motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.